Cite as 2025 Ark. App. 485

# ARKANSAS COURT OF APPEALS

DIVISION IV

No. CR-24-848

| | |
|---|---|
| JEDIAH RYAN HALEY<br><br>APPELLANT<br><br>V.<br><br>STATE OF ARKANSAS<br><br>APPELLEE | Opinion Delivered October 22, 2025<br><br>APPEAL FROM THE CARROLL COUNTY CIRCUIT COURT, EASTERN DISTRICT<br>[NO. 08ECR-22-191]<br><br>HONORABLE RANDY WRIGHT, JUDGE<br><br>REVERSED AND REMANDED |

**BART F. VIRDEN, Judge**

This appeal stems from the Carroll County Circuit Court's dismissal of Jediah Ryan Haley's appeal from the Berryville District Court.[1] Haley argues that the circuit court erred in granting the State's motion to dismiss his appeal due to improper services and filing pursuant to Arkansas Rule of Criminal Procedure 36(c). We agree, and we reverse and remand.

Because the issues and arguments raised on appeal are the same as those presented in the companion case, which we also hand down today, we find it unnecessary to restate

---

[1]The instant case involves Haley's conviction for criminal trespass, No. 08ECR-22-191, and is a companion case to two other cases in which Haley was convicted of third-degree battery, No. 08ECR-22-199; and disorderly conduct, No. 08ECR-22-207. Haley separately appeals the other convictions.

them herein. This court's conclusions are set forth in *Haley v. State*, 2025 Ark. App. 484, ___ S.W.3d ___, and are incorporated herein. Accordingly, we reverse and remand the dismissal of Haley's appeal.

Reversed and remanded.

ABRAMSON and TUCKER, JJ., agree.

*Dusti Standridge*, for appellant.

*Tim Griffin*, Att'y Gen., by: *Joseph Karl Luebke*, Ass't Att'y Gen., for appellee.